John C. Stinner v. Union Railway Company of New York City.— Appli-

cation granted. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.